(53 Misc. Rep. 48)

## DEWSNAP v. MATTHEWS et al.

(Supreme Court, Special Term, New York County. February 26, 1907.)

APPEAL—RIGHT OF REVIEW—PERSONS ENTITLED.

An owner of the equity of redemption of property of which a receiver has been appointed may appeal from an order denying him leave to come in as a party defendant in the suit.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 2, Appeal and Error, § 928.]

Action by George G. Dewsnap against Moses Matthews and others. Heard on motion to compel acceptance of notice of appeal. Granted.

The appellants, Irving Bachrach and Isaac Schmeidler, served a notice of appeal from an order denying their application to be made parties defendant. Such notice of appeal was returned by the plaintiff's attorney on the ground that they are not parties to the action, and the appellants have brought on this motion to compel him to accept the same.

Paul Gross (Herman Kahn, of counsel), for the motion. Alfred T. Davidson, opposed.

GIEGERICH, J. I think it sufficiently appears from the filed papers that the persons now seeking to bring on the appeal applied for leave to be made parties defendant, which application was denied. They are the owners of the equity of redemption of the property of which a receiver has been appointed, and should be permitted to bring on their appeal from the order denying them leave to come in as parties. 2 Encycl. Pl. & Pr. 152, 153; Nat. Park Bank v. Goddard (Sup.) 20 N. Y. Supp. 499.

The motion to compel acceptance of the notice of appeal is therefore granted, with $10 costs to abide the final event of the action.